UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER JACKSON,<br><br>                      Plaintiff,<br><br>            v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendant. | 24-CV-2218 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 27, 2024, the Court referred this case to Magistrate Judge Gary Stein for general pretrial management. *See* ECF No. 6.

On June 20, 2024, Plaintiff requested an extension of filing deadlines in this case. *See* ECF No. 9.

The parties are apprised that they may consent to conducting all further proceedings before Judge Stein, including motions and trial. *See* 28 U.S.C. § 636(c). If they do, they shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, *available at* https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. The form shall be submitted by **June 28, 2024**.

SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                                        DALE E. HO
                                                    United States District Judge